WO

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Langlois,<br><br>             Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>             Defendant. | No. CV-05-1162-PHX-FJM<br><br>ORDER |

The court has before it the United States Magistrate Judge's Report and Recommendation (doc. 12). No objections to the Report and Recommendation have been filed and the time for filing objections pursuant to Rule 72(b), Fed. R. Civ. P., has expired. Pursuant to Rule 72(b), we have reviewed the record and accept the Magistrate Judge's recommendation. Accordingly, **IT IS ORDERED DISMISSING** this action without prejudice.

DATED this 15th day of May, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge